UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814



Northern District of California
450 Golden Gate Avenue
16th Floor, Rm 16-1111
San Francisco, CA 94102

RE:         ABDULLAH MUSTAFAA vs. D. K. SISTO
USDC No.:   2:07-CV-02539-GEB-EFB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated December 19, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

|  | Very truly yours, |
|---|---|
| December 19, 2007 | /s/ **D. Duong** |
|  | Deputy Clerk |

RECEIVED BY: _____
                Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U. S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 12/19/07

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUSTAFAA,

    Petitioner,

vs.

D.K. SISTO, et al.,

    Respondents.

No. CIV S-07-2539 GEB EFB P

ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    Petitioner was convicted in the Alameda County Superior Court, but is confined in Solano County. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

    Therefore, the court transfers this action to the United States District Court for the Northern District of California. 28 U.S.C. §§ 84 (a); 1404(a).

/////

1 | Accordingly, it is ORDERED that this action is transferred to the United States District
2 | Court for the Northern District of California.
3 | DATED: December 18, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@localhost.localdomain
Bcc:caed_cmecf_efb@caed.uscourts.gov,
caed_cmecf_geb@caed.uscourts.gov
Message-Id:<2022464@caed.uscourts.gov>
Subject:Activity in Case 2:07-cv-02539-GEB-EFB (HC)Mustafaa
v. Sisto et al Order
```
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## U.S. District Court

## Eastern District of California - Live System

### Notice of Electronic Filing

The following transaction was entered on 12/19/2007 at 8:00 AM PST and filed on 12/19/2007

**Case Name:** (HC)Mustafaa v. Sisto et al
**Case Number:** 2:07-cv-2539
**Filer:**
**WARNING: CASE CLOSED on 12/19/2007**
**Document Number:** 4

**Docket Text:**
ORDER, CASE TRANSFERRED to Northern District of California signed by Judge John F. Moulds on 12/18/07. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Duong, D)

**2:07-cv-2539 Electronically filed documents will be served electronically to:**

**2:07-cv-2539 Electronically filed documents must be served conventionally by the filer to:**

Abdullah Mustafaa
E-24447
CSP-S
California State Prison Solano
2100 Peabody Road
P O Box 4000
Vacaville, CA 95696-4000

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=12/19/2007] [FileNumber=2022462-0]
[0da7c98fc3d38fd6abe56e28a600e70775dbd29a26dc26625ad2e54280836df8C 899a50c018bed215675205ced3a386b2d70b535857fe97542c5274b68b6949]]