CLOSED, HABEAS

# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:07-cv-02539-GEB-EFB
# Internal Use Only

(HC)Mustafaa v. Sisto et al
Assigned to: Judge Garland E. Burrell, Jr
Referred to: Magistrate Judge Edmund F. Brennan
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/27/2007
Date Terminated: 12/19/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Abdullah Mustafaa**
*also known as*
Terrance Matthews

represented by **Abdullah Mustafaa**
E-24447
CSP-S
California State Prison
Solano
2100 Peabody Road
P O Box 4000
Vacaville, CA 95696-4000
PRO SE

V.

**Respondent**

**D. K. Sisto**

**Respondent**

**Attorney General CA**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U. S. District Court
Eastern District of California
By_____
Deputy Clerk
Dated 12/19/07

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 11/27/2007 | 1 | PETITION for WRIT of HABEAS CORPUS by Abdullah Mustafaa.(Plummer, M) (Entered: 11/27/2007) |
| 11/27/2007 | 2 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Plummer, M) (Entered: 11/27/2007) |
| 11/27/2007 |  | SERVICE BY MAIL: 2 Prisoner New Case Documents for GEB served on Abdullah Mustafaa. (Plummer, M) (Entered: 11/27/2007) |
| 12/06/2007 | 3 | DECLINE to PROCEED BEFORE US MAGISTRATE JUDGE by Abdullah Mustafaa. (Dillon, M) (Entered: 12/07/2007) |
| 12/19/2007 | 4 | ORDER, CASE TRANSFERRED to Northern District of California signed by Judge John F. Moulds on 12/18/07. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Duong, D) (Entered: 12/19/2007) |
| 12/19/2007 |  | SERVICE BY MAIL: 4 Order, Case Transferred Out to Another District served on Abdullah Mustafaa. (Duong, D) (Entered: 12/19/2007) |
| 12/19/2007 | 5 | TRANSMITTAL of DOCUMENTS on *12/19/2007* to * Northern District of California* *450 Golden Gate Avenue* *16th Floor, Rm 16-1111* *San Francisco, CA 94102*. *Electronic Documents: 1 to 3. *. (Duong, D) (Entered: 12/19/2007) |