IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUSTAFAA,

    Petitioner,                      No. CIV S-07-2539 GEB EFB P

    vs.

D.K. SISTO, et al.,

    Respondents.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    Petitioner was convicted in the Alameda County Superior Court, but is confined in Solano County. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

    Therefore, the court transfers this action to the United States District Court for the Northern District of California. 28 U.S.C. §§ 84 (a); 1404(a).

/////

1  Accordingly, it is ORDERED that this action is transferred to the United States District
2  Court for the Northern District of California.
3  DATED: December 18, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE