**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

Northern District of California
450 Golden Gate Avenue
16th Floor, Rm 16–1111
San Francisco, CA 94102

**RE:**         ABDULLAH MUSTAFAA vs. D. K. SISTO
**USDC No.:**   2:07–CV–02539–GEB–EFB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated December 19, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**December 19, 2007**      /s/ **D. Duong**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER: