**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

December 28, 2007

CASE TITLE:    ABDULLAH W. MUSTAFAA-v-D.K. SISTO
RECEIVED FROM: Eastern District of California (2:07-cv-02539-GEB-EFB)

CASE NUMBER:    CV 07-06488 CW

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District.  All future filings should reflect the above case number, CV 07-06488 CW.

    Sincerely,

    RICHARD W. WIEKING, Clerk


    by:  Clara Pierce
    Case Systems Administrator

o:\mrg\civil\transin.mrg