march 31, 2008

FILED

APR 10 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Office of the Clerk
U.S. District court
Northern District of CA
1300 Clay St
Oakland, CA 94621

RE: Abdullah W. Mustafaa V. D.K. Sisto
     Case No. # CV 07 6488 CW (PR)

NC    Dear Clerk:

On 3/28/08, I mailed a motion for "notice Judicial notice" to this court. However, that same day this institution was placed on "lock down" "state of emergency" status. Because of such I had no way to determine if in fact my motion left the institution.

I know the court is busy and does not have to, but I'm asking the court to inform me if in fact the motion

for judicial notice" was
received and filed by the court.
Your assistance in this
matter is appreciated.

Sincerely

'Abdullah W. Mustafa