# EXHIBIT 1

CLOSED, ICMS, ProSe

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:99-cv-03452-CW

| | |
|---|---|
| Mustafaa v. Newland | Date Filed: 07/16/1999 |
| Assigned to: Judge Claudia Wilken | Date Terminated: 04/22/2003 |
| Demand: $0 | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Abdullah W. Mustafaa**
*also known as*
Terrance Matthews

represented by **Abdullah W. Mustafaa**
E24447
CSP-Solano II
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696
PRO SE

**Mark Donald Eibert**
Attorney at Law
PO Box 1126
Half Moon Bay , CA 94019
650-712-8380
Fax: 650-712-8377
Email: markeibert@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**A. C. Newland**
*Warden*

represented by **David Dwight Salmon**
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco , CA 94102-7004
415-703-5853
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn R. Pruden**
CA State Attorney General's Office

455 Golden Gate Ave
Suite 11000
San Francisco , CA 94102-7004
415-703-5853
Email: glenn.pruden@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/16/1999 | 1 | PETITION FOR WRIT OF HABEAS CORPUS (no process) Fee status ifpp entered on 7/16/99 [4:99-cv-03452] (cp, COURT STAFF) (Entered: 07/26/1999) |
| 07/16/1999 | 2 | CLERK'S NOTICE re: completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. [4:99-cv-03452] (cp, COURT STAFF) (Entered: 07/26/1999) |
| 08/03/1999 | 3 | MOTION before Judge Claudia Wilken by Petitioner for appointment of counsel [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/03/1999) |
| 08/03/1999 | 4 | MEMORANDUM by Petitioner in support of motion for appointment of counsel [3-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/03/1999) |
| 08/05/1999 |   | FILING FEE: fee paid on 8/5/99 in the amount of $5.00, receipt # 3303272. [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/09/1999) |
| 08/09/1999 |   | FILING FEE: fee pd on 8/9/99 in the amount of $5.00, receipt # 4400343. [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/09/1999) |
| 08/12/1999 | 5 | MOTION before Judge Claudia Wilken by Petitioner Abdullah W. Mustafaa to amend petition for writ of habeas corpus [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/13/1999) |
| 08/12/1999 | 6 | FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/13/1999) |
| 10/27/1999 | 7 | ORDER TO SHOW CAUSE that respondent file an answer within 60 days of the issuance of this order why a writ of habes corpus should not be issued: by Judge Claudia Wilken; granting motion to amend petition for writ of habeas corpus [5-1]; denying motion for appointment of counsel [3-1]; Clerk of the Court to serve Respondent, Respondent's attorney, and the CA Attorrney General a copy of the order, amended petition and all attachments (cc: all counsel) [4:99-cv-03452] (cp, COURT STAFF) (Entered: 10/29/1999) |
| 12/21/1999 | 8 | ANSWER and RETURN TO ORDER TO SHOW CAUSE by Respondent A. C. Newland [4:99-cv-03452] (cp, COURT STAFF) (Entered: 12/23/1999) |
| 12/21/1999 | 9 | MEMORANDUM by Respondent in support of answer [8-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 12/23/1999) |
| 12/21/1999 |   | RECEIVED Exhibits A - H submitted by Respondent re: answer and return to order to show cause [8-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: |

| | | 12/23/1999) |
|---|---|---|
| 12/21/1999 | | RECEIVED Exhibits I (Vol. 1 & 2) submitted by Respondent re: answer and return to order to show cause [8-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 12/23/1999) |
| 12/21/1999 | | RECEIVED Exhibit J (Vol. 1 - 3) submitted by Respondent re: answer and return to order to show cause [8-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 12/23/1999) |
| 12/21/1999 | | RECEIVED Exhibit K - P submitted by Respondent re: answer and return to order to show cause [8-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 12/23/1999) |
| 12/21/1999 | | RECEIVED Exhibit Q (Vol. 1 - 3) submitted by Respondent re: answer and return to order to show cause [8-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 12/23/1999) |
| 12/21/1999 | | RECEIVED Exhibits R - X submitted by Respondent re: answer and return to order to show cause [8-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 12/23/1999) |
| 01/20/2000 | 10 | TRAVERSE by Petitioner to answer [8-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 01/24/2000) |
| 01/20/2000 | 11 | MEMORANDUM by Petitioner in support of traverse [10-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 01/24/2000) |
| 05/15/2002 | 12 | MOTION before Judge Claudia Wilken by Petitioner Abdullah W. Mustafaa for evidentiary hearing and appointment of counsel [4:99-cv-03452] (cp, COURT STAFF) (Entered: 05/17/2002) |
| 05/22/2002 | 13 | LETTER dated 5/20/02 from Abdullah W. Mustafaa [4:99-cv-03452] (cp, COURT STAFF) (Entered: 05/30/2002) |
| 07/09/2002 | 14 | MOTION before Judge Claudia Wilken by Petitioner to expedite case [4:99-cv-03452] (kc, COURT STAFF) (Entered: 07/09/2002) |
| 10/17/2002 | 15 | LETTER to Judge Wilken, dated 10/1/02, from Abdullah W. Mustafaa requesting opinion in case [4:99-cv-03452] (kc, COURT STAFF) (Entered: 10/21/2002) |
| 12/16/2002 | 16 | ORDER by Judge Claudia Wilken for further briefing from respondent; memorandum should be no more than five pages in length, by 1/3/03 ( Date Entered: 12/17/02) (cc: all counsel) [4:99-cv-03452] (cp, COURT STAFF) (Entered: 12/17/2002) |
| 12/31/2002 | 17 | MOTION before Judge Claudia Wilken by Respondent to extend time to file responsive memorandum [4:99-cv-03452] (cp, COURT STAFF) (Entered: 01/02/2003) |
| 12/31/2002 | 18 | DECLARATION by Glenn R. Pruden on behalf of Respondent re motion to extend time to file responsive memorandum [17-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 01/02/2003) |

| 01/08/2003 | 19 | ORDER by Judge Claudia Wilken granting motion to extend time to file responsive memorandum [17-1] until 2/1/03 ( Date Entered: 1/13/03) (cc: all counsel) [4:99-cv-03452] (cp, COURT STAFF) (Entered: 01/13/2003) |
| 01/13/2003 | 20 | OPPOSITION by Petitioner to motion to extend time to file responsive memorandum [17-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 01/14/2003) |
| 01/31/2003 | 21 | Supplemental MEMORANDUM by Respondent in support of answer [4:99-cv-03452] (cp, COURT STAFF) (Entered: 02/03/2003) |
| 01/31/2003 | 22 | NOTICE by Respondent of lodging exhibits re: 8 answer, [21-1] memorandum [4:99-cv-03452] (cp, COURT STAFF) (Entered: 02/03/2003) |
| 01/31/2003 |  | RECEIVED Exhibits Y-Z submitted by Respondent re: [21-1], re: [8-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 02/03/2003) |
| 02/11/2003 | 23 | SUPPLEMENTAL MEMORANDUM by Petitioner Abdullah W. Mustafaa in support of traverse [10-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 02/13/2003) |
| 03/24/2003 | 24 | ORDER by Judge Claudia Wilken denying motion for evidentiary hearing and appointment of counsel [12-1], denying motion to expedite case [14-1] ( Date Entered: 3/25/03) (cc: all counsel) [4:99-cv-03452] (cp, COURT STAFF) (Entered: 03/25/2003) |
| 04/22/2003 | 25 | ORDER by Judge Claudia Wilken DENYING habeas corpus petition [1-1] on all claims (Date Entered: 4/23/03) (cc: all counsel) [4:99-cv-03452] (kc, COURT STAFF) (Entered: 04/23/2003) |
| 04/22/2003 | 26 | JUDGMENT: by Judge Claudia Wilken DENYING petition for Writ of Habeas Corpus; terminating case; appeal filing ddl 5/23/03 (Date Entered: 4/23/03) (cc: all counsel) [4:99-cv-03452] (kc, COURT STAFF) (Entered: 04/23/2003) |
| 05/14/2003 | 27 | NOTICE OF APPEAL by Petitioner Abdullah W. Mustafaa from Dist. Court decision judgment [26-2], order [25-1] Fee status not paid [4:99-cv-03452] (cp, COURT STAFF) (Entered: 05/14/2003) |
| 05/19/2003 | 28 | MOTION before Judge Claudia Wilken by Petitioner for certificate of appealability [4:99-cv-03452] (cp, COURT STAFF) (Entered: 05/19/2003) |
| 07/18/2003 | 29 | ORDER by Judge Claudia Wilken granting in part and denying in part motion for certificate of appealability [28-1] ( Date Entered: 7/21/03) (cc: all counsel) [4:99-cv-03452] (cp, COURT STAFF) (Entered: 07/21/2003) |
| 07/21/2003 |  | Docket fee notification form and case information sheet to USCA [27-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 07/21/2003) |
| 07/21/2003 |  | Copy of notice of appeal and docket sheet to all counsel [4:99-cv-03452] (cp, COURT STAFF) (Entered: 07/21/2003) |
| 07/21/2003 |  | Mailed request for payment of docket fee to appellant (cc to USCA) [4:99-cv-03452] (cp, COURT STAFF) (Entered: 07/21/2003) |
| 08/01/2003 |  | NOTIFICATION by Circuit Court of Appellate Docket Number 03-16384 |

| | | |
|---|---|---|
| | | [4:99-cv-03452] (kc, COURT STAFF) (Entered: 08/01/2003) |
| 08/27/2003 | | RECEIVED re appeal [27-1] fee in amount of $ 105.00 ( Receipt # 4408299) [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/27/2003) |
| 08/27/2003 | | Amended docket fee payment notification mailed to USCA [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/27/2003) |
| 08/28/2003 | 30 | COPY of USCA Order: vacating previously set briefing schedule; new briefing schedule will be set when the court decides the pending motion for broader certification [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/29/2003) |
| 09/02/2003 | | RECORD on Appeal to USCA, cnsl notified. re appeal [27-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 09/02/2003) |
| 09/08/2003 | 31 | RECEIPT from USCA of clerk's record on appeal [4:99-cv-03452] (kc, COURT STAFF) (Entered: 09/09/2003) |
| 01/09/2004 | 32 | RECORD ON APPEAL RETURNED FROM USCA [27-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 01/09/2004) |
| 01/26/2004 | 33 | LETTER dated 1/20/04 from Ruben P. Deang, Jr. (Panel Administrator) re: appointment of counsel [4:99-cv-03452] (cp, COURT STAFF) (Entered: 01/29/2004) |
| 02/12/2004 | 34 | CJA Form 20 (Appointment of Counsel) by Judge Claudia Wilken appointing Mark D. Eibert . Attorney appointed on 1/27/04. (cp, COURT STAFF) (Entered: 02/13/2004) |
| 03/12/2004 | 35 | COPY of USCA Order: denying appellant's motion for extension of time to file a motion to broaden the certificate of appealability; granting motion of time to file the opening brief [4:99-cv-03452] (cp, COURT STAFF) (Entered: 03/17/2004) |
| 10/29/2004 | | RECORD on Appeal to USCA, cnsl notified. re appeal [27-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 10/29/2004) |
| 11/04/2004 | 36 | RECEIPT from USCA of clerk's record on appeal [4:99-cv-03452] (cp, COURT STAFF) (Entered: 11/08/2004) |
| 12/22/2004 | 37 | COPY of USCA Order: respondent shall file a supplemental brief no more than ten double-spaced paged by 1/7/05; petitioner shall have until 1/18/05 to respond in a reply brief of no more thant 10 double-spaced pages [4:99-cv-03452] (cp, COURT STAFF) (Entered: 12/22/2004) |
| 04/13/2005 | 38 | RECORD ON APPEAL RETURNED FROM USCA [27-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 04/14/2005) |
| 04/25/2005 | 39 | COPY of USCA Order: that appellant is requested to respond to appellees petition for rehearing by 5/6/05 [4:99-cv-03452] (cp, COURT STAFF) (Entered: 04/26/2005) |
| 06/20/2005 | 40 | COPY of USCA Order: granting appellant's motion for extension of time to file petition for rehearing or rehearing en banc to 7/21/05 [4:99-cv-03452] (cp, COURT STAFF) (Entered: 06/20/2005) |

| 08/02/2005 | 41 | Certified copy of judgment from USCA affirming the decision of the District Court [27-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/04/2005) |
| 08/04/2005 | 42 | CLERK's letter spreading the mandate to counsel. re appeal [27-1] [4:99-cv-03452] (cp, COURT STAFF) (Entered: 08/04/2005) |
| 08/12/2005 | 43 | MAIL [42-1] addressed to Petitioner Abdullah W. Mustafaa returned from Post Office [4:99-cv-03452] (kc, COURT STAFF) (Entered: 08/12/2005) |
| 06/27/2006 | 44 | CLERK'S NOTICE re withdrawal of exhibits (cp, COURT STAFF) (Filed on 6/27/2006) (Entered: 06/27/2006) |
| 08/01/2006 | 45 | NOTICE of exhibits disposed (cp, COURT STAFF) (Filed on 8/1/2006) (Entered: 08/01/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/13/2008 15:53:56 | | |
| PACER Login: | dj0082 | Client Code: |
| Description: | Docket Report | Search Criteria: | 4:99-cv-03452-CW |
| Billable Pages: | 4 | Cost: | 0.32 |