# EXHIBIT 3

| Court Home | Case Search | Orders/Judgments | Billing History | XML | TXT | Logout | Help |

## General Docket
## United States Court of Appeals for the Ninth Circuit

| **Court of Appeals Docket #:** 03-16384 | **Docketed:** 07/29/2003 |
| --- | --- |
| **Nature of Suit:** 3530 Habeas Corpus | **Termed:** 06/07/2005 |
| Mustafaa v. Newland | |
| **Appeal From:** US District Court for Northern California, Oakland | |

**Case Type Information:**
 1) prisoner
 2) federal
 3) habeas corpus

**Originating Court Information:**
  **District:** 0971-4 : CV-99-03452-CW
  **Trial Judge:** Claudia Wilken, U.S. District Judge
  **Date Filed:** 07/16/1999
  **Date Order/Judgment:**          **Date NOA Filed:**
  04/22/2003                        05/14/2003

**Prior Cases:**
  None

**Current Cases:**
  None

---

| ABDULLAH W. MUSTAFAA, aka Terrance Matthews (-: E24447)<br>    Petitioner - Appellant | Mark D. Eibert, Esquire, Attorney<br>Direct: 650/638-2380<br>Email: markeibert@comcast.net<br>Fax: 650/712-8377<br>[COR LD NTC CJA Appointment]<br>P.O. Box 1126<br>Half Moon Bay, CA 94019-1126<br><br>Abdullah W. Mustafaa<br>[COR LD NTC Pro Se]<br>CSPSOL - CALIFORNIA STATE PRISON (SOLANO)<br>P.O. Box 4000<br>Vacaville, CA 95696-4000 |
| --- | --- |
| v. | |
| A. C. NEWLAND<br>    Respondent - Appellee | Glenn R. Pruden, Supervising Deputy Attorney General<br>Direct: 415-703-5959 |

|  |  |
|---|---|
|  | Email: Glenn.Pruden@doj.ca.gov<br>Fax: 415-703-1234<br>[COR LD NTC Dep State Aty Gen]<br>AGCA - OFFICE OF THE CALIFORNIA ATTORNEY GENERAL<br>Suite 11000<br>455 Golden Gate Avenue<br>San Francisco, CA 94102-7004<br><br>David D. Salmon, Esquire, Deputy Attorney General<br>Direct: 415/703-5500<br>Fax: 415<br>[COR LD NTC Dep State Aty Gen]<br>AGCA - OFFICE OF THE CALIFORNIA ATTORNEY GENERAL (OAKLAND)<br>Suite 11000<br>1515 Clay Street<br>Oakland, CA 94612-0550 |

ABDULLAH W. MUSTAFAA, aka Terrance Matthews,

    Petitioner - Appellant

v.

A. C. NEWLAND,

    Respondent - Appellee

| | | |
|---|---|---|
| 07/29/2003 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. CADS SENT (Y/N): n/a. setting schedule as follows: certificate of record shall be filed by 7/21/03 ; appellant's opening brief is due 9/2/03; appellees' brief is due 9/29/03; appellants' reply brief is due 10/14/03; [03-16384] |
| 08/01/2003 | 2 | Filed Appellant's req to expand the COA in the Circuit on issues that the district granted in part and denied in part [03-16384] served on 7/28/03 [4807654] MOATT [03-16384] |
| 08/19/2003 | 3 | Rec'd ltr from pro se dated 8/18/03 re: receipt of his mtn to expand COA. (Sent copy of docket sheet) |
| 08/27/2003 | 5 | Filed order STAFF (Dep Clk/MDC) The previously set brfing schedule is vacated. A new brfing schedule will be set when the ct decides the pending mtn for broader certification. [4802430-1] [03-16384] |
| 08/29/2003 | 7 | Requested District Court casefile. coa/michael carter |
| 09/02/2003 | 9 | Rec'd orig only aplt Mustafaa's opening brf of 35 pgs; served on 8/28/03. (Informal: y) (brfing vacated) (FYI-STAFF) [03-16384] |

| | | |
|---|---|---|
| 09/02/2003 | 10 | Filed aplt Mustafaa's ntc of mtn request the ct to file his opening brf as is in pro se status & to appt csl; served on 8/28/03. (STAFF) [4835315] [03-16384] |
| 09/03/2003 | 8 | Received District Court case file. 2 clerk's records & 4 expandos of bulky documents.(original) Records |
| 09/06/2003 | 11 | The DC docket indicates that the $105 filing fees were paid on 8/27/03. [03-16384] |
| 11/20/2003 | 12 | Rec'd ltr from pro se dated 11/18/03 re: status of his case. (Sent copy of docket sheet) |
| 12/22/2003 | 14 | Filed order ( M. M. McKEOWN, Ronald M. GOULD, ) The motion to file the pro se opening brief and for appointment os counsel received 09/02/03 is hereby ordered filed. The motion for appointment of counsel is granted. Counsel will be appointed by separte order. The motion to file the pro se opening brief is denied as unnecessary. Counsel will file a new opening brief on aplt's behalf. The Clerk shall serve this order on Barry Portman AFP of S.F. who will locate appointed counsel. Aplt's pro se motion for broader COA filed 08/01/03 is denied without prejudice. Aplt is granted leave to proceed ifp. The Clerk shall change the dkt to reflect aplt's ifp status. The opening brief is due 02/11/04; the answering brief is due 03/17/04; the optional reply brief is due within 14 days after service of the answering brief. [4835315-1] [03-16384] |
| 01/06/2004 | 15 | District court casefile returned. 2 clerk's records & 4 expandos. |
| 01/20/2004 | 16 | Received copy of District Court order filed, nunc Pro Tunc, on January 20, 2004 appointing Mark D. Eibert, Esq., counsel of record. [03-16384] |
| 01/26/2004 | 17 | Filed aplt Mustafaa's mtn for ext of time to file mtn & opening brf; served on 1/23/04. (STAFF) [03-16384] [03-16384] [4958839] [03-16384] |
| 03/10/2004 | 18 | Filed aplt Mustafaa's mtn to expand certificate of appealability; served on 3/9/04. (STAFF) [03-16384] [4999753] [03-16384] |
| 03/11/2004 | 20 | Filed order STAFF (Dep Clk/MDC) Pursuant to new 9th Cir. R. 22-1e, aplt's 1/26/04 mtn for an ext of time to file a mtn to broaden the COA is denied as unnecessary. Any uncertified issues raised & designated in the opening brf prusuant to 9th Cir. R. 22-1(e) will be treated as a mtn to expand the COA & will be addressed by the merits panel to such extent as it deems appropriate. The mtn for an ext of time to file the opening brf is granted. The opening brf & excerpts of record are due 5/10/04; the ans brf is due 6/21/04; & the optional rpy brf is due within 14 days after svc of the ans brf. [4999753-1] [4958839-1] [03-16384] |
| 05/06/2004 | 22 | Filed mtn & order PROMO (Dep Clk/cag) Based on the circumstances cited, petr's 2nd mtn for an ext of time in which to file the opening brf is granted. The opening brf is due 5/28/04. Further delay in the filing of the opening brf is disfavored. The ans brf is due 6/28/04, & the optional rpy brf is due 14 days after svc of the ans brf. [5054491-1] (Motion recvd 5/3/04) [03-16384] |
| 05/28/2004 | 23 | Filed orig & 15 copies aplt's Mustafaa opening brf 55 pgs; 5 excerpts of record in 1 vol; served on 5/28/04. (Informal: n) [03-16384] |
| 06/21/2004 | 24 | 14 day oral extension by phone of time to file Appellee's brief. [03-16384] appellees' brief due 7/12/04; optional reply brief due 14 days from service of answering brief |

| Date | # | Description |
|---|---|---|
| 07/12/2004 | 25 | Filed orig & 15 copies aple Newland's ans brf of 49 pgs, 5 supp'l excerpts of record in 1 vol; served on 7/12/04. [03-16384] |
| 07/23/2004 | 26 | Filed orig & 15 copies aplt's Mustafaa rpy brf, 18 pgs; served on 7/22/04. (Informal: n) [03-16384] |
| 09/30/2004 | 29 | Calendar check performed [03-16384] |
| 10/14/2004 | 30 | Calendar materials being prepared. [03-16384] [03-16384] |
| 10/18/2004 | 31 | CALENDARED: SAN FRAN Dec 6 2004 1:30 pm Courtroom 4 [03-16384] |
| 12/06/2004 | 33 | ARGUED AND SUBMITTED TO Dorothy W. NELSON, Andrew J. KLEINFELD, Ronald M. GOULD [03-16384] |
| 12/08/2004 | 35 | Received Mark D. Eibert for Appellant Abdullah W. Mustafaa letter dated 12/06/04 re: request at oral argument to inform ct where in the record Mr. Mustafaa denied being Carl Tyrone Matthews. [Panel SF Chambers] [03-16384] |
| 12/21/2004 | 37 | Filed order (Dorothy W. NELSON, Andrew J. KLEINFELD, Ronald M. GOULD) Petr Mustafaa presented argument on the following uncertified issue in his opening brf: "Mr. Mustafaa's due process rights were violated by enhancing his sentence based on a prior conviction that had not been proved." Pursuant to Cir. R. 22.1(f), resp Newland is hereby afforded an opportunity to respond to the uncertified issue brfed by Mustafaa. Resp shall file a supp'l brf of no more than 10 double-spaced pgs by 1/7/05. Petr shall have until 1/18/05 to respond in a rpy brf of no more than 10 double-spaced pgs. It is so ORDERED. (PHONED @1:15 pm) [03-16384] |
| 01/07/2005 | 38 | Filed orig & 15 copies aple's Newland supp'l brf of 6 pgs, 5 supp'l excerpts of record in 1 vol; served on 1/6/05. (PANEL) [03-16384] |
| 01/18/2005 | 39 | Filed orig & 15 copies aplt's Mustafaa supp'l brf of 9 pgs, served on 1/14/05. [03-16384] |
| 03/31/2005 | 42 | FILED MEMORANDUM DISPOSITION: PETITION DENIED IN PART, GRANTED IN PART AND REMANDED IN PART (Terminated on the Merits after Oral Hearing; Denied in part, Granted in part & Remanded in part; Written, Unsigned, Unpublished. Dorothy W. NELSON, Andrew J. KLEINFELD, Ronald M. GOULD) FILED AND ENTERED JUDGMENT. [03-16384] |
| 04/07/2005 | 43 | Rec'd notice of change of address from Mark D. Eibert for Aplt dated 4/6/05. (Atty Eibert's new address: P.O. Box 1126, Halfmoon Bay, CA 94019-1126) [03-16384] |
| 04/14/2005 | 45 | [5400947] Filed orig & 3 copies aple's Newland petition for rehearing w/supp'l excerpts of record, 8 pgs; served on 4/14/05. (PANEL) [03-16384] |
| 04/21/2005 | 46 | Filed order (Dorothy W. NELSON, Andrew J. KLEINFELD, Ronald M. GOULD) Aplt is hereby requested to respond to aples petition for rehearing. The response shall be exceed 8 pgs. An orig & 3 copies shall be filed on or before 5/6/05. SO ORDERED. (PHONED @ 4:45 pm) [03-16384] |
| 05/06/2005 | 48 | Filed aplt Mustafaa's response to State's petition for panel rehearing; served on 5/5/05. (PANEL) [5400947-1] [03-16384] |
| 06/07/2005 | 51 | Filed order (Dorothy W. NELSON, Andrew J. KLEINFELD, Ronald M. GOULD) Aple's petition for rehearing is granted. The memo disposition filed 3/31/05 is |

| | | |
|---|---|---|
| | | withdrawn. This case is resubmitted as of 6/1/05. SO ORDERED. [5400947-1] [5383151-1] [5383151-2] [03-16384] |
| 06/07/2005 | 52 | Case deemed submitted on this date to Dorothy W. NELSON, Andrew J. KLEINFELD, Ronald M. GOULD. (See previous deferral of submission.) Order filed: 6/7/05. [03-16384] |
| 06/07/2005 | 53 | FILED MEMORANDUM DISPOSITION: PETITION DENIED (Terminated on the Merits after Oral Hearing; Denied; Written, Unsigned, Unpublished. Dorothy W. NELSON, Andrew J. KLEINFELD, Ronald M. GOULD) FILED AND ENTERED JUDGMENT. [03-16384] |
| 06/14/2005 | 55 | Filed Appellant Abdullah W. Mustafaa's first unopposed motion for ext of time to file pet for rehearing en banc; served on 6/13/05. (PANEL) [03-16384] |
| 06/16/2005 | 56 | Filed order (D.W. NELSON, KLEINFELD, AND GOULD) Aplt's motion for ex.tm.f petition for rehearing or rehearing en banc is granted. Aplt's petition for rehearing or rehearing en banc shall be filed on or before 7/21/05. So ordered. [03-16384] |
| 06/22/2005 | 57 | Rec'd Glenn R. Pruden's ltr, csl for aple Newland, dated 6/20/05 re: Mr. Mustafaa has rec'd a copy of the ct's 6/7/94 order etc. [03-16384] |
| 08/01/2005 | 58 | MANDATE ISSUED [03-16384] |
| 08/01/2005 | 59 | Received notice from Supreme Court: petition for certiorari filed Supreme Court No. 5 filed on 7/27/05. [03-16384] |
| 10/11/2005 | 60 | Filed Supreme Court order, certiorari denied on 10/3/05. Supreme Court No. 05-5521 [03-16384] |
| 11/08/2005 | 61 | RECORD RETURNED. (See control card for details.) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/13/2008 16:24:05 | | | |
| PACER Login: | dj0082 | Client Code: | |
| Description: | Docket Report (filtered) | Search Criteria: | 03-16384 |
| Billable Pages: | 3 | Cost: | 0.24 |